UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GERARD D. GRANDOIT,
    Plaintiff,

v.    Civil Action No.  04-10343-RWZ

BENJAMIN J. GILSON, et al.
    Defendants.
_____

GERARD D. GRANDOIT,
    Plaintiff,

v.    Civil Action No.  04-10347-RWZ

COOPERATIVE FOR HUMAN SERVICES, et al.,
    Defendants.
_____

GERARD D. GRANDOIT,
    Plaintiff,

v.    Civil Action No.  04-10348-RWZ

LIBERTY MUTUAL INSURANCE COMPANY, et al.,
    Defendants.

ORDER ON APPLICATIONS TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court are plaintiff's applications to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The applications to proceed without prepayment of fees are:

**G**    GRANTED.

☒    DENIED for the following reason(s):

    Plaintiff's applications indicate that he has sufficient funds to pay the $150.00 filing fee for each of these three actions.

☒   Plaintiff shall pay the $150.00 filing fee for each of these actions within 35 days of the date of this order or each of these three actions will be dismissed without prejudice.

G   The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

 4/14/04                                   s/ Rya W. Zobel
DATE                                       UNITED STATES DISTRICT JUDGE