IN THE UNITED STATES
DISTRICT COURT OF MASSACHUSETTS

RE: Plaintiff / Employee:   Gerard D. Grandoit
    Defendant / Insurer :   Liberty Mutual Insurance Company
    Employer            :   Technical Aid Corporation
    Civil Action No.    :   04-10343-RWZ
    Civil Action No.    :   04-10347-RWZ
    Civil Action No.    :   04-10348-RWZ

**MOTION TO PROCEED WITHOUT PAYMENT OF THE FEE**

Now comes the plaintiff, Gerard D. Grandoit, in accordance with 28 U.S.C. §1915 respectfully asks this honorable Court permission to allow him of filing without the fee against all parties involved in his claim, which was an error done by his part in separating the three cases since he did not know exactly of what to do at the time where his mind was in total confusion due to the early injustice done to him. This case is an unusual, usual one on new issues where the reason for the for the matter is listing below as:

1.  The plaintiff filed a complaint against the defendant, Cooperative for Human Services, Liberty Mutual Insurance Company and Benjamin Gilson at this Court on February 19, 2004.

2.  He wanted to remove the whole case from the state court but he was not too sure of what to do where he was afraid that he would get penalized again for removing his case since he

has been receiving injustice on anything that he did try early to help the law and receive justice on his claim.

3. He checked the box at V origin from the JS-44 cover sheet for Cooperative for Human Services since he was a little bit confused. Proof is listing in Appendix 28

4. He checked the box at V origin from the JS-44 cover sheet for Benjamin Gilson. Proof is listing in Appendix 29

5. He checked the wrong box at V origin from the JS-44 cover sheet for Liberty Mutual Insurance Company since he was a little bit confused. Proof is listing in Appendix 30

6. He also mentioned in each section VI from cause of action that he was unable to pick the nature of suit due to the early injustice done to him in. Appendix 28, 29, 30

7. It was an error by this Court to state that he wanted to pay for one claim where he did not have the money to be updated in his regular monthly responsibility for the Lord and himself. Proof is included. Appendix 31 proof of indigence.

8. The substantial facts caused him to lose his constitutional right at the Department of Industrial Accidents where the defendant here misled and deceived the Court on purpose.

9. He sent subpoena the second employer, Cooperative for Human Services and the Liberty Mutual Insurance's examiner, Dr. Benjamin Gilson. The hearing judge released the employer from testifying on its inconsistencies and the examiner was ignoring me for whatever reason that it may be.

10. The hearing judges, law judge, did not exercise their discretions when he brought the awareness to the court where he got no choice to be suffered. He got penalized for no participating in a wrong doing as helping the court to know the injustice done to him.

11. Each defendant deceived and misled the Department of Industrial Accidents by giving false statement against him where he was the one paying the consequences of their acts.

12. It was an error by the law at the Department of Industrial Accidents to discontinue his benefits when he was still disabled where the early injustice caused him to be right now in a financial depression.

13. He also appealed the decision from the Supreme Judicial Court at the United States Supreme Court in Washington DC on April 16, 2004 before receiving the court number of this court. He spent a lot of money in making photo copies to prepare the appealing process. He had to buy binders and other materials where he was avoiding to pay a couple of his bills to take care of this responsibility.

14. He did not have money to pay for the complaints filed at this court. He has been borrowed money to survive after the early done to him, against his life insurance for survival

15. He had a lot of bills which has not been paying took a loan such as his portion after the medicare paid for his medical bills, therapy, etc.,.

As the reasons for this motion, the plaintiff prays this court honor to allow all issues relating to his claim in covering all judgements, decisions as required where he has been receiving wrong direction sometimes in terms of what to do since he is not a lawyer. He again did not find a Pro se Clerk savior early until he arrives at this court but he did receive a good help early but some are confusing to him sometimes.

WHEREFORE, the plaintiff respectfully asks this Court permission to :

A) grant his application in filing without fee;

B) permit the defendant to reimburse this fee and future Court cost fee to this Court due to its early acts;

C) allow him of providing an amended complaint in correcting any discrepancy that this Court found irrelevant and not too clear in his early complaint;

D) take all relevant issues stating in set forth above for allowing him to file without the fee.

Respectfully Submitted,
Mr. Gerard D. Grandoit
By his Pro se *

Gerard D. Grandoit
P. O. Box 400547
Cambridge, Mass. 02140

* Petitioner

April 28, 2004

**CERTIFICATE OF SERVICE**

    I, Gerard D. Grandoit, hereby certify that I did not serve the two copies of this motion to proceed without the fee to the counsel below yet Certified Mail, first class postage, on this __28th__ day of April 2004 to the address below since this case is not approved yet on the fee :

Attorney Jean M. Shea Budrow, Defendant
Latronico and Whitestone
200 Berkerley Street,
Boston, Massachusetts 02116
(617) 263-1900

                               Mr. Gerard D. Grandoit,
                               By its prose, pro se *
                               P. O. Box 400547
                               Cambridge, Mass. 02140
                               (617) 354-7406

                               *  *petitioner*

April 28, 2004