IN THE UNITED STATES
DISTRICT COURT OF MASSACHUSETTS

RE:  Plaintiff / Employee:     Gerard D. Grandoit
     Defendant / Insurer :     Liberty Mutual Insurance Company
     Employer           :      Technical Aid Corporation
     Civil Action No.   :      04-10343-RWZ
     Civil Action No.   :      04-10347-RWZ
     Civil Action No.   :      04-10348-RWZ

**AFFIDAVIT OF PETITIONER**

My name is Gerard D. Grandoit and reside at 2 Cedar Square, Apartment 1 in Cambridge, Massachusetts., and, on oath, I do depose and say before God with me writing and reading this affidavit today as follows:

1.  I am the plaintiff in the above civil action number.

2.  It was a mistake from my part in showing that I have sufficient funds to pay for one action of the three actions filed at this court.

3.  The early injustice had caused me to be in a homeless situation where I do not have money to pay for one action by leaving the other two.

4.  I had tried on many occasion to find an attorney but lack of funds prevent me from finding one early since no lawyer wanted to take this case after finishing to read the recusal for reasons that I do not know.

5.  I received an information that I supposed to appeal this case at the Supreme Court of the United States on the decision from

the Supreme Judicial Court of Massachusetts while I filed at this court to avoid my right from losing at the Supreme Court in Washington DC.

6.    I avoided to pay the regular bills by appealing the case to the United States Supreme Court on April 16, 2004.

7.    My mind was still in a total confusion where all of the bills came at once.

8.    I am behind in my monthly regular responsibilities to live and survive properly.

9.    I used credit card in making photo copies to prepare the petition for writ at the Supreme Court of the United States.

10.   I made a lot of mistakes in preparing the documents by paying with the visa card where I had to made photo copies in all details again since I am not a lawyer. Appendix 15

11.   I did not receive any answer from the Supreme Court of the United States yet on the petition filed as to whether it accepted or not.

12.   I was waiting for the civil action from this Court or the Supreme Court number in order to exchange and  provide the number to each court.

13.   It usually takes me a few days before my mind grasping anything that I read sometimes.

14.   It was an error from my part in checking the wrong box on the application filed at this court in showing that I could pay for one application and not for the other two.

15.   I do not have the funds to pay the due fee to my obligation

for survival.

16.   I have been feeling depressed lately due to my condition and

situation at this time.

17.   I could only pay the fee requested by avoiding to pay the

regular responsibility such as rent, food, laundry, phone,

electric bill, etc.,.


AS THE REASONS FOR THIS AFFIDAVIT,   I am telling the truth that :

A)    it was an error from my part in showing that I could pay for
      one action when the three actions are fitting in the same
      allegation due to the early injustice done to me at the
      Department of Industrial Accidents;

B)    all of the statements produced above are true to the best of
      my knowledge that I do not have enough sufficient funds to pay
      for these applications filed;

C)    it was not me causing my case to rise on benefits where I got
      punished for other parties misleading and deceiving the
      Department of Industrial Accidents;

D)    the proof of some bills owed due to sets forth above are
      included here in sequence order behind this affidavit.
      Appendix 16.


     SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS __28th__
DAY OF APRIL 2004.

_____
Gerard  D.  Grandoit

## CERTIFICATE OF SERVICE

I, Gerard D. Grandoit, hereby certify that I did not serve the two copies of this Affidavit and following documents to the counsel below yet Certified Mail, first class postage, on this _26ᵗʰ_ day of April 2004 to the address below since this case is not approved yet on the fee :

Attorney Jean M. Shea Budrow, Defendant
Latronico and Whitestone
200 Berkerley Street,
Boston, Massachusetts 02116
(617) 263-1900

Mr. Gerard D. Grandoit,
By its prose pro se *
P. O. Box 400547
Cambridge, Mass. 02140
(617) 354-7406

* petitioner

April 28, 2004