UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GERARD D. GRANDOIT,
             Plaintiff,

v.             Civil Action No.  04-10343-RWZ

BENJAMIN J. GILSON, et al.
             Defendants.
_____

GERARD D. GRANDOIT,
             Plaintiff,

v.             Civil Action No.  04-10347-RWZ

COOPERATIVE FOR HUMAN SERVICES, et al.,
             Defendants.
_____

GERARD D. GRANDOIT,
             Plaintiff,

v.             Civil Action No.  04-10348-RWZ

LIBERTY MUTUAL INSURANCE COMPANY, et al.,
             Defendants.

## ORDER OF DISMISSAL

ZOBEL, D.J.

     In accordance with this Court's order dated June 16, 2004, it is ORDERED that the within action be and it is hereby dismissed for lack of subject-matter jurisdiction.

                                      By the Court,

                                      s/ Linn A. Weissman
                                      Deputy Clerk

Date June 16, 2004