Honorable Judge Rya W. Zobel  
United States District Court  
John Joseph Moakley Courthouse  
1 Courthouse way, suite 2300  
Boston, Massachusetts 02300

June 29, 2004

2004 JUN 30 A 11: 35

DISTRICT COURT  
DISTRICT OF MASS.

|   |   |   |   |
|---|---|---|---|
| Re : | Plaintiff / Employee | : | Gerard D. Grandoit |
|   | Defendant / Insurer | : | Liberty Mutual Insurance Company |
|   | Employer | : | Technical Aid Corporation |
|   | Civil Action No. | : | 04-10343-RWZ |
|   | Civil Action No. | : | 04-10347-RWZ |
|   | Civil Action No. | : | 04-10348-RWZ |

Dear honorable district Judge Zobel,

I am sorry to express this concern to you in this letter that I do not send the copy of this motion along with the complaints yet to the defendants due to the fact that I am confusing on the matter. I do not know as to whether I should send the early complaints, this motion along with the Memorandum and Order of this court to the defendants or not since this case does not pass the jurisdiction over matter filed at this court inn which would be futile at this moment had this court will dismiss the case on the matter of jurisdiction.

I remember that the clerk from the Supreme Judicial Court told me in a way that my case had a federal issue in it and I had a lot of benefits owed to me which exhausted the state remedy which gave me the impression that the answer was the cause for not reopening my claim early. I am a non-degree lawyer without having the real knowledge to fight with the defendant on the matter where one punch by the defendant will throw me to the bench in learning the error made without really helping me to move on to the next step in the mission that I was hiring to do for the Lord in this country. I had tried early in several occasions to find a lawyer where no lawyer was accepting to take my case since the decision from the DIA was unconstitutional against me on the record. I only have the intern

father along with the merciful grace who have been helping to survive lately. Information, message, knowledge of the bible can not make an individual to maintain properly without the bread and wine which was the mistake made by the government of this country not supporting me on the obligation owed from me to God on this earth that one man is a mission to bring a political leader to the white house when the time comes. Too soon usually destroy a great potential output like I did perform in his claim without having the knowledge to file the requirement in this court.

I did make a couple of mistakes in the complaint filed against the defendant since I was confusing at the time. Again, I do not have enough right now to mail the certified letters out to the defendants in this court. I am burring in debts where I have been borrowing and avoiding to pay my bills in order to redo the petition for the United States Supreme Court in several occasions. The transportation, photo copies cost me a lot of money each time I mail them out to a Court which caused me to a lot of stresses when I am unable to please God and look for my constitutional right due to the financial problems. I did not have enough to even buy a proper dinner sometimes in a restaurant where I would not be able to find the necessity in order to mail the requirement out when I receive a decision by this Court which is the reason that I am praying your honor here to allow me of redrawing or providing the decision from the United Supreme Court at a later time to this court.

Respectfully Submitted,
Mr. Gerard D. Grandoit
By his Pro se

*Gerard D. Grandoit*
Gerard D. Grandoit,
P. O. Box 400547
Cambridge, Mass. 02140
(617) 354-7406

IN THE UNITED STATES
DISTRICT COURT OF MASSACHUSETTS



2004 JUN 30 A 11: 35

RE: Plaintiff / Employee:   Gerard D. Grandoit
    Employer            :   Technical Aid Corporation
    Insurer             :   Liberty Mutual Insurance Company
    Civil Action No.    :   04-10343-RWZ
    Civil Action No.    :   04-10347-RWZ
    Civil Action No.    :   04-10348-RWZ

Motion for reconsideration on the complaint filed
due to the dismissal order dated June 16, 2004

The plaintiff, Gerard D. Grandoit, and, or, 28 USC § 1445 (c) by the process of removal the workmen's compensation laws submits this motion in asking this Court to allow him of responding back to the Memorandum and Order dated June 16, 2004 by this Court at a later time or remove his allegations against the Defendants on the record upon this Court's finding. The fact caused this motion to be active today is illustrating below for the pendency or the removal as :

1. The plaintiff was not thinking rightfully when he started to file his complaint against the defendants on the record where his mind was in total confusion as it was his first time in learning the law on how to file a complaint in this Court due to the help by the intern father on his mind.

2. He received an answer from the Supreme Judicial Court that his case had a federal issue involved in it and exhausted the state remedy by causing him to seek justice against the

defendants in this Court.

3. He filed a complaint away at this Court right to avoid him of his losing his right before the expiration date of running out. He did not receive the real proper guidance by the state court which was the reason making him to start the complaint against the defendants in this Court.

4. He found out that this court may have the jurisdiction over his complaints after making several persistence of calling the Supreme Judicial Court in asking question on more than once where he realized that he needed to appeal his case at the United Supreme Court in Washington, DC. He followed the last advise while his complaint was at this Court which was the reason making him for not waiting on the result of the United States Supreme Court before filing a complaint against the defendants in this Court.

5. He is asking this court permission to allow his lawsuit against the defendants to be pending until he receives the decision by the United States Supreme Court where he would notify this court on the result received.

6. He would not know the damage done to him until he receives a decision from the United States Supreme Court.

7. A state case under the Massachusetts Workers Compensation Act, chapter 152, section 14 is a federal case when an injustice was done probably due to a clerical, intentional or negligent error in a claim filed at the state court.

8. It was an error by this court in dismissing his complaint for subject matter of jurisdiction when he was trying his best to elaborate himself by stating in his motion that he had filed three new complaints against the Defendants on the record where he wanted to remove them from the state court but he did not write that he was approved the early temptation in removing his claim from state to federal.

9. He was confused and still in total confusion as to whether he should serve the complaint to the defendant now or he has to wait at a later time until his case passes the jurisdiction of subject matter like the prepayment for the fee since this case was not accepting yet at this Court.

10. He is in deep financial problem at this stage due to the early injustice done to him where he has been borrowing to survive and respond to court's decision. He would not have to proceed in his case due to the early injustices done to him by the defendants in being bias against him early.

11. A cause of action arising under the state worker's compensation law can be transferred to a federal court when such act is affecting the public interest since the state law is in connection with the a federal law. The provision of chapter 152, section 14A of Massachusetts Worker Compensation Act is in connection with the Federal Employer's Liability Act ("FELA") on bad faith, breath of duty pursuant to 28 U.S.C. § 1445.

12. Here, the second employer, the defendant's examiner, the plaintiff's lawyer and other misconducts maliciously breaching the duty of good faith and fair dealing where the plaintiff is the one paying the wrongdoing by the wrongdoers in his claim at the Department of Industrial Accidents ("DIA"). 28 USC § 1445 (c); *West v. Fina Oil & Chem. Co.* (2001, ED Tex) 128 F. Supp. 2d 396.

13. He is not a lawyer where he had to do more works in looking for justice than the other party in his claim due to the fact that his nationality plays the role for not receiving justice in his claim early at the DIA which has nothing to do due to a mission that God is choosing him to accomplish for the world in this country. The law wanted to destroy the mission that he happens to be now for the Lord in this country since the Insurer's psychological examiner doctor made a statement that he was basing on his claim to another level where this particular statement was damaging him just because he was telling the truth on the mission that he happens to be now for the Lord in this country.

14. First, the act done by the second employer is a tort outside of worker's compensation law by a mailing a wrong fact directly against his absence to the DIA that he was firing a week before the accident just to avoid of participating in the worker compensation benefits by causing him to lose his constitutional right

15. Again, the second employer mailed a different information to the Internal Revenue Service with its own signature that he was firing on the date of the accident for its own reason. It repeated this act in more than once in other letters that the plaintiff was firing due to whatever reason that it may be on a different date. It also stated that it was a mistake from its part by acting wrongly on the plaintiff's last day of work when the plaintiff told its party that it was not involved in the worker compensation benefits where these acts of breaching the fair dealing find to be under the common law of tort for repeating this act in more once. 28 USC § 1445 (c); <u>Smith v. Union Carbide Corp</u>. (1987, ED Tenn) 664 F. Supp 290, 2BNA IER Cas 1041.

16. Any claim arising in public policy usually removes from the worker compensation to federal. The plaintiff's attorney told the plaintiff a lie against the judge who was presiding in his claim at the DIA. He did not believe his attorney by making him to contact the DIA on the matter but he got penalized just because he told the senior Judge exactly of what his attorney proposed to him at the time. He was only wanting to sit down face to face with his attorney along with the hearing judge to find out the truth on the proposition made to him. Even he is black, the judge was recusing himself wrongly in his case without letting either party to waive his disqualification on the claim at the DIA

which considers as an error of law on the part of the judge. The proposition made by his attorney was supposed to place under the tort claim, misconduct, dishonesty, etc., 28 USC § 1445 (c); <u>Rundle v. Frontier-Kemper Constructors, Inc.</u>, (2001, DC Colo) 170 F. Supp. Ed 1075.

17. The second employer and the defendant's examiner acted with willingness, recklessness, misconduct by causing harm to the plaintiff's claim where the plaintiff is the one paying the consequence of the wrong which was not fair before the eyes of the law under the 28 USC § 1445 (c); <u>Knox v. Laclede Steel Co</u> (1994, ND W VA) 861 F. Supp. 519.

18. These acts in sets forth above do not arise under the worker compensation law which supposes to be treated outside of the law since this case will be one of the example cases from the state of Massachusetts which will be transferred from state to federal when the time comes on allegations outside of the worker's compensation. 28 USC § 1445 (c); <u>Moreland v. Gold Kist</u> ( 1995 No Ala) 908 F Supp. 898 ( <u>criticized in New v. Sports & Rec</u>. ( 1996), SD Ala) 947 F. Supp. 453.

19. The plaintiff is asking the law of this Court to consider his early complaint as a new case against the defendants by granting him to proceed at a later time after the United Supreme Court's decision since his case is still at the appealing process at the United States Supreme Court where he would not know the real damage done to him until he

receives the decision from the United Supreme Court.

20. It was a mistake by him to file the complaint against the Defendants without waiting for the decision of the United States Supreme Court.

21. He does not have money right now until the third day of next month to mail letters out. He borrowed too much over his head by avoiding to pay his phone bill and electric bills to file his early petition at the United States Supreme Court where it would be very hard to him to keep in filing paper to this Court on the complaint filed.

22. The law only wants to put him in a solitary hole for his constitutional right as it was logical for his claim to rise on benefits since he never receives justice in his claim due to the early injustice done to him by the defendants.

23. He listed the Insurer as a defendant instead of the employer since he was misleading with wrong advise. Again, the insurer was also violating his right during the process of his claim at the DIA while it was hiring by the employer.

24. He is paying this Court permission again to allow his complaint of pending or removing from its scope of authority until he receives the decision from the United States Supreme Court on the appealing process where he would send the result to reactivate his case against the defendants depending on the court's finding.

25. This Court did show a big difference between the state and

federal courts in being fair to either party in a case on knowledge whether the subject-matter is in question of jurisdiction at this moment but the memorandum and order from this court is not confusing him on the next step to take toward his complaint against the defendants.

26. His real intention was to file a new claim against the defendants but he received the wrong message by making him to consider this Court as the Supreme Court of the United States in his complaints against the defendants.

27. He was very confusing since it was his first time in learning the law of this Court with the spirit of the Lord in his mind which was not an easy taste without having a teacher in physical life to teach on how to file a complaint at this court when no lawyer wanted to accept his claim. He agrees with his conscience that he made a couple mistakes in his complaint but he did prepare his complaint in good faith since this court has a pro se clerk to help either a plaintiff or a defendant on the next step to take in a claim filed at this court.

28. He was submitted his early complaint as his early motion by asking this court to allow him of drafting an amended complaint in terms of proceeding on the subject-matter jurisdiction found by this Court.

29. His allegations were the new complaints that he filed at this Court which took wrongly by this Court on the merits

filed. He meant to say in the early motion allowed by this Court that he was in a rush to assert his right after the decision received by the Supreme Judicial Court of Massachusetts by causing him to write a wrong information in his complaint. He was unable to choose the category of case that his allegations were fitting since there was more than aspects involved; again, he was not thinking rightfully at the time with his mind due to the early injustice involved.

30. He did make a mistake by naming Liberty Mutual Insurance, Company and et al as a defendant in his complaint since the insurer was also violating his right at the DIA.

31. He also called other party as defendants and et all in his complaints since the report comes from his offices with different parties signing them where he will let this court to decide justice on the matter.

32. He did not know of what he was doing at the same of filing his complaints at this Court where he was copying some wrong examples in other cases.

33. He had tried to find some lawyers in representing him where no lawyer wanted to take his case but showed to him in a sense that his nationality was the one causing him for not receiving justice in his case.

34. Again, he is in a mission for God whom takes most of his times to fulfill a duty owed to the world in this country where he has no choice to devote his time and energy for him

at any time requesting him to do.

35. He has to please God on what he wants him to do next sometimes for him. He has been avoiding to do thing for himself in order to please God on the duty owed to him in life. He could not proceed to cure his financial depression without approving the vocal sound by the spirit inside directing him to achieve a lot of great products in almost every single day for this country. They are not bad spirits as stating by most people around the world but they are the real good one inside of him helping him to survive; in this case, he has no choice to be the unusual boy from the other planet on thinking gratefully to prove a little tiny difference for all nations in this land that one little man without money brings the whole world together after war of survival in this century for peace on this earth.

36. God was the one who has been curing him on the intern life to prevent a major episode of sickness from coming to his territory. He does not even have enough times to do a recreation for himself due to lack of money when he thought of finding the right choice to accept for the Lord rather than concentrating in the mission that he was choosing him to accomplish for the world in this country where he has been going to bed late and waking up early.

37. His psychological condition has been treating by the God through the merciful grace in every day to help him of

maintaining on his daily activities in order to prevent him from having a major episode in his life where he has no choice to die, go to jail or receive any other injustice by the Law for this mission in the near future.

As the reason for this motion, this Court would not know the exact damage done to him by the defendants involved until his case is finally resolved at the United States Supreme Court on the appealing process in which will be the time that he would be able to acknowledge the least or full damages done to him by the defendants on the record due to the fact that he does not know the partial, impartial or nothing benefits that he would receive by the United States Supreme Court on his claim versus Technical Aid Corporation on the appealing process in order for him to search for the remaining balance owed to him.

WHEREFORE, the plaintiff politely, graciously asks this Court permission to:

A) allow him of providing the new complaint along with the correct defendant's names on his complaint had it found it to be necessary since it was three parties causing his claim to receive an injustice at the DIA;

B) put a hold to his allegations against the defendants on the record without issuing any further justice at this moment until he receives the decision by the United States Supreme Court where he would notify and provide the correct decision received to this Court;

C)   proceed against the defendants had it is the right way to go according to the decision by this Court;

D)   consider all sets forth stating above in corroboration of his motion for the pendency of his complaint against the defendants on the record;

E)   allow the sets forth above of supporting the his complaint against the defendants on the record;

F)   consider the proper venue under the rule on the subject-matter jurisdiction by this Court in this case;

G)   allow him of providing the new information found to be relevant on the early complaints filed at this court;

H)   extend its judgement on the next step to take until he receives the United States Supreme Court's decision on the merits filed at its premises.

I)   allow him of providing the correct defendant's name since it was three parties which had caused him to lose his substantial right at the department of industrial accidents.

Mr. Gerard D. Grandoit,
By its prose pro se *
P. O. Box 400547
Cambridge, Mass. 02140
(617) 354-7406

\* petitioner

June 29, 2004

## CERTIFICATE OF SERVICE

I, Gerard D. Grandoit, hereby certify that I did not serve the two copies of this motion along to proceed without the fee to any defendant involved by Certified Mail, first class postage, on this __29th__ day of April 2004 to any address below since this case is not approved yet on the fee :

Technical Aid Corporation,
109 Oak St.,
Newton Upper Falls, Massachusetts 02164.

Liberty Mutual Insurance Company,
15 King Grant Drive,
BalaCynnyd, PA 19004.

Benjamin J. Gilson,
Concentra Medical Exam, (" CME "),
130 Second Ave,
Waltham, Massachusetts 02451 or

Benjamin J. Gilson,
18 Chestnut St.,
Newport, Rode Island 02140.

Cooperative For Human Services,
110 Pleasant St.,
Malden, Massachusetts  02148.

                                    Mr. Gerard D. Grandoit,
                                    By its pro se *
                                    *[signature]*
                                    P. O. Box 400547
                                    Cambridge, Mass. 02140
                                    (617) 354-7406


                                    *   petitioner

June 29, 2004